**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**GEORGE D. GRUBB**,

        **Plaintiff**

   v.                                C-1-09-263

**TERRY COLLINS**, *et al.*,

        **Defendants**

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 24) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 24) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Plaintiff's Motion for Default (doc. no. 19) is DENIED; Defendant's Motion to Dismiss (doc. no. 23) is GRANTED; and plaintiff's Complaint is DISMISSED WITH PREJUDICE as to defendant Gene Weaver, the last remaining defendant in this case.

This matter is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                  s/Herman J. Weber
                                           Herman J. Weber, Senior Judge
                                           United States District Court